KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
WILLIAM L. CARTER, State Bar No. 59215
Supervising Deputy Attorney General
JILL BOWERS, State Bar No. 186196
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 323-1948
 Fax:  (916) 327-2247
 E-mail:  Jill.Bowers@doj.ca.gov
*Attorneys for Defendants State of California, Employment Development Department, Marty Morgenstern, Pam Harris, and Jack Budmark*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BLUE LAKE RANCHERIA, a federally-recognized Indian Tribe; BLUE LAKE RANCHERIA ECONOMIC DEVELOPMENT CORPORATION, a federally-chartered tribal corporation; and MAINSTAY BUSINESS SOLUTIONS, a federally authorized division of Blue Lake Rancheria Economic Development Corporation,**<br><br>                                          Plaintiffs,<br><br>            v.<br><br>**MARTY MORGENSTERN, individually and in his official capacity as Secretary of the California Labor and Workforce Development Agency; PAM HARRIS, individually and in her official capacity as Chief Deputy Director of the Employment Development Department of the State of California ("EDD"); JACK BUDMARK, individually and in his official capacity as a Deputy Director of the Tax Branch of the EDD; TALBOTT SMITH, individually and in his official capacity as a Deputy Director of the Unemployment Branch of the EDD; KATHY DUNNE, individually and in her** | Case No. 2:11-CV-01124-JAM-JFM<br><br>**ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br><br>Judge:       The Hon. John A. Mendez<br>Trial Date:  Not yet set.<br>Action Filed:  April 27, 2011 |

1  **official capacity as a Senior Tax Compliance Representative of EDD; SARAH REECE,**
2  **individually and in her official capacity as an Authorized Representative of the EDD;**
3  **THE STATE OF CALIFORNIA; THE EMPLOYMENT DEVELOPMENT**
4  **DEPARTMENT, a department of the State of California; and DOES 1 to 50, inclusive,**
5
6                  Defendants.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

    Based upon the stipulation and joint motion of all parties, and for good cause shown, the Court hereby ORDERS that the Stipulation and Joint Motion of All Parties for Order Extending Defendants' Time to Answer Complaint for Declaratory Relief and Injunctive Relief is GRANTED.  The Defendants shall have up to, and including, June 17, 2011, within which to file a response to the Complaint for Declaratory Relief and Injunctive Relief filed by the Plaintiffs on April 27, 2011.

Dated:   June 1, 2011

                                /s/ John A. Mendez_____
                                THE HON. JOHN A. MENDEZ
                                UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com