1 | KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2 | WILLIAM L. CARTER, State Bar No. 59215
Supervising Deputy Attorney General
3 | STEVEN J. GREEN, State Bar No. 73705
JILL BOWERS, State Bar No. 186196
4 | Deputy Attorneys General
   1300 I Street, Suite 125
5  P.O. Box 944255
   Sacramento, CA 94244-2550
6  Telephone: (916) 323-1948
   Fax: (916) 327-2247
7  E-mail: Jill.Bowers@doj.ca.gov
*Attorneys for Defendants State of California,*
8 *Employment Development Department, Marty*
*Morgenstern, Pam Harris, and Jack Budmark*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BLUE LAKE RANCHERIA, a federally-recognized Indian Tribe; BLUE LAKE RANCHERIA ECONOMIC DEVELOPMENT CORPORATION, a federally-chartered tribal corporation; and MAINSTAY BUSINESS SOLUTIONS, a federally authorized division of Blue Lake Rancheria Economic Development Corporation,**<br><br>                    Plaintiffs,<br><br>     v.<br><br>**MARTY MORGENSTERN, individually and in his official capacity as Secretary of the California Labor and Workforce Development Agency; PAM HARRIS, individually and in her official capacity as Chief Deputy Director of the Employment Development Department of the State of California ("EDD"); JACK BUDMARK, individually and in his official capacity as a Deputy Director of the Tax Branch of the EDD; TALBOTT SMITH, individually and in his official capacity as a Deputy Director of the Unemployment Branch of the EDD;** | Case No. 2:11-CV-01124-JAM-JFM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PARTIES TO SUBMIT A RULE 26(f) REPORT**<br><br><br><br><br><br><br><br>Judge:       The Hon. John A. Mendez<br>Trial Date:   Not yet set.<br>Action Filed:  April 26, 2011 |

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | **KATHY DUNNE, individually and in her official capacity as a Senior Tax Compliance Representative of EDD; SARAH REECE, individually and in her official capacity as an Authorized Representative of the EDD; THE STATE OF CALIFORNIA; THE EMPLOYMENT DEVELOPMENT DEPARTMENT, a department of the State of California; and DOES 1 to 50, inclusive,** |
| | Defendants. |

2

Stipulation and [Proposed] Order Extending Time to File Joint Status Report, etc. (2:11-CV-01124-JAM-JFM)

PDF created with pdfFactory trial version www.pdffactory.com

1 | Plaintiffs Blue Lake Rancheria, Blue Lake Rancheria Economic Development Corporation, and Mainstay Business Solutions, and Defendants State of California, Employment Development Department, Marty Morgenstern, Pam Harris, Jack Budmark, Talbott Smith, Kathy Dunne, and Sarah Reece, collectively, "the parties," stipulate and jointly move this Court for an order extending the time to file and serve (1) the parties' joint status report, (2) the parties' joint discovery plan and (3) the parties' initial disclosures upon the grounds and for the reasons following:

1. The Complaint was filed on April 26, 2012.

2. All Defendants have appeared and are represented by the Office of the California Attorney General.

3. On June 29, 2011, the Court heard oral argument on Plaintiffs' motion for a preliminary injunction and ordered the parties to submit further briefing on certain legal issues.

4. Defendants' motion to dismiss pursuant to Federal Rules of Civil Procedure, Rules 12(b)(1) and (6), is set for hearing before the Court on August 17, 2011.

5. The Parties therefore stipulate and jointly move this Court to extend the time for the parties to file and serve (1) the parties' joint status report, (2) the parties' joint discovery plan and (3) the parties' initial disclosures pursuant to Federal Rules of Civil Procedure, Rules 16(b) and 26(f)(3), pending further order of the Court.

Dated: July 8, 2011

Respectfully Submitted,

BOUTIN JONES INC.,

*/s/ Robert R. Rubin*

ROBERT R. RUBIN (SBN 117428)
*Attorneys for Plaintiffs Blue Lake Rancheria, Blue Lake Rancheria Economic Development Corporation and Mainstay Business Solutions*

3

Stipulation and [Proposed] Order Extending Time to File Joint Status Report, etc. (2:11-CV-01124-JAM-JFM)

PDF created with pdfFactory trial version www.pdffactory.com

Dated: July 8, 2011

KAMALA D. HARRIS
Attorney General of California
WILLIAM L. CARTER
Supervising Deputy Attorney General

*/s/ Steven J. Green*

_____,
STEVEN J. GREEN (SBN 73705)
JILL BOWERS (SBN 186196)
Deputy Attorneys General
*Attorneys for Defendants State of California, Employment Development Department, Marty Morgenstern, Pam Harris, Jack Budmark, Talbott Smith, Kathy Dunne, and Sarah Reece*

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court hereby ORDERS that the time for the Parties to file and serve (1) the parties' joint status report, (2) the parties' joint discovery plan and (3) the parties' initial disclosures pursuant to Federal Rules of Civil Procedure, Rules 16(b) and 26(f)(3), is extended pending further order of the Court.

Dated:   7/11/11                                               /s/ John A. Mendez_____
                                                                    Hon. John A Mendez
                                                                    Judge
                                                                    United States District Court

SA2011101291 / 10708087.doc

4

Stipulation and [Proposed] Order Extending Time to File Joint Status Report, etc. (2:11-CV-01124-JAM-JFM)

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

| Case Name: | **Blue Lake Rancheria v. Morgenstern** | No. | **2:11-CV-01124-JAM-JFM** |
|---|---|---|---|

I hereby certify that on <u>July 8, 2011</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PARTIES TO SUBMIT A RULE 26(f) REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 8, 2011</u>, at Sacramento, California.

| Michele Warburton | */s/ Michele Warburton* |
|---|---|
| Declarant | Signature |

Blue Lake Stipulation.doc

5

Stipulation and [Proposed] Order Extending Time to File Joint Status Report, etc. (2:11-CV-01124-JAM-JFM)

PDF created with pdfFactory trial version www.pdffactory.com