**BOUTIN JONES INC.**
Robert R. Rubin, SBN 117428
Michael E. Chase, SBN 214506
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Tel.: (916) 321-4444
Fax: (916) 441-7597

**RAPPORT AND MARSTON**
David J. Rapport, SBN 054384
405 West Perkins Street
P.O. Box 488
Ukiah, CA 95482
(707) 462-6846

Attorneys for plaintiffs Blue Lake Rancheria, Blue Lake Rancheria Economic Development Corp. and Mainstay Business Solutions

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA, a federally recognized Indian Tribe, et al., <br><br> Plaintiffs, <br> vs. <br><br> MARTY MORGENSTERN, individually and in his capacity as Secretary of the California Labor and Workforce Development Agency, et al., <br><br> Defendants. | CASE NO. **2:11-cv-01124-JAM-JFM** <br><br> **STIPULATION AND ORDER REGARDING DEADLINE FOR FILING JOINT STATUS REPORT AND DISCOVERY PLAN** |
| UNITED STATES, <br><br> Intervenor. | |

Plaintiffs Blue Lake Rancheria, Blue Lake Rancheria Economic Development Corporation, and Mainstay Business Solutions; defendants Marty Morgenstern, Pam Harris, Jack Budmark, Talbott Smith, Kathy Dunne, and Sarah Reece; and intervenor United States, collectively, "the parties," stipulate as follows:

1

1. The Complaint was filed on April 26, 2011.

2. On July 11, 2011, upon stipulation between plaintiffs and defendants, this Court ordered that the time for the parties to file and serve (1) the parties' joint status report, (2) the parties' joint discovery plan and (3) the parties' initial disclosures pursuant to Federal Rules of Civil Procedure, Rules 16(b) and 26(f)(3), is extended pending further order of the Court.

3. On December 22, 2011, defendants filed an Answer to the Complaint.

4. On October 2, 2012, intervenor filed an Answer and Claim.

5. On October 23, 2012, plaintiffs filed an Answer to intervenor's Claim.

6. All parties agree that this Court should re-set the deadline for the parties to file and serve their joint status report and joint discovery plan, and request that the Court set such deadline for December 12, 2014.

Dated:  November 3, 2014.        BOUTIN JONES INC.

By:   /s/  Michael E. Chase
        Michael E. Chase
        Attorneys for plaintiffs

Dated:  November 3, 2014.        KAMALA D. HARRIS
                                 Attorney General of California

By:   /s/  Jill Bowers
        Jill Bowers
        Attorneys for defendants

Dated:  November 3, 2014.        KATHRYN KENEALLY
                                 Assistant Attorney General

By:   /s/  W. Carl Hankla
        W. Carl Hankla
        Michael E. Chase
        Attorneys for intervenor

2

**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FILING JOINT STATUS REPORT AND DISCOVERY PLAN**

647881.1

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court hereby ORDERS that the deadline for the parties to file and serve (1) the parties' joint status report and (2) the parties' joint discovery plan is December 12, 2014.

Dated: _11/3/2014                                                          /s/ John A. Mendez_____
                                                                           _____
                                                                           Hon. John A. Mendez
                                                                           Judge
                                                                           United States District Court

3

**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FILING JOINT STATUS REPORT AND DISCOVERY PLAN**

647881.1