**BOUTIN JONES INC.**
Robert R. Rubin, SBN 117428
brubin@boutinjones.com
Michael E. Chase, SBN 214506
mchase@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Tel.: (916) 321-4444
Fax: (916) 441-7597

**RAPPORT AND MARSTON**
David J. Rapport, SBN 054384
drapport@pacbell.net
405 West Perkins Street
P.O. Box 488
Ukiah, CA 95482
(707) 462-6846

Attorneys for plaintiffs Blue Lake Rancheria, Blue Lake Rancheria Economic Development Corp. and Mainstay Business Solutions

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA, a federally recognized Indian Tribe, et al.,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>MARTY MORGENSTERN, individually and in his capacity as Secretary of the California Labor and Workforce Development Agency, et al.,<br><br>　　　　　Defendants. | CASE NO. **2:11-cv-01124-JAM-JFM**<br><br>**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND DEFENDANTS' MOTION FOR SUBSTITUTION OF PARTIES**<br><br>Judge:　　Hon. John A. Mendez<br>Courtroom:　6<br>Date:　　March 11, 2015<br>Time:　　9:30 a.m.<br><br>Date of Filing:　　April 26, 2011<br>Date of Trial:　　May 23, 2016 |
| UNITED STATES,<br><br>　　　　　Intervenor. | |

1
**[PROPOSED] ORDER**

685699.1

Plaintiffs' Motion for Leave to File First Amended Complaint and Defendants' Motion for Substitution of Parties came on for hearing on March 11, 2015, at 9:30 a.m. in this Court.  Counsel for Plaintiffs and counsel for Defendants were in attendance and presented oral arguments on both motions.  Having considered the parties' papers filed in support of and in opposition to the motions, oral argument, and other pleadings and papers on file herein, the Court hereby **GRANTS** Plaintiffs' Motion for Leave to File First Amended Complaint and **DENIES** Defendants' Motion for Substitution of Defendants for the reasons stated by the Court on the record at the hearing.

**IT IS ORDERED** that Plaintiffs Blue Lake Rancheria, Blue Lake Rancheria Economic Development Corp., and Mainstay Business Solutions have leave to file in this action a First Amended Complaint which includes only the following amendments to the Complaint:

1. the addition of Patrick W. Henning, Jr. as a defendant in his official capacity as Director of the Employment Development Department of the State of California;
2. the addition of David Lanier as a defendant in his official capacity as Secretary of the California Labor and Workforce Development Agency, and;
3. the removal of Marty Morgenstern as a defendant.

The First Amended Complaint shall not name as a defendant any party originally named in the Complaint who has subsequently been dismissed from the action, including the State of California, the Employment Development Department, and the "Doe" defendants.

**IT IS SO ORDERED**.

Dated:  3/20/2015                    /s/ John A. Mendez_____

                                     The Honorable John A. Mendez

                                     UNITED STATES DISTRICT JUDGE

2
**[PROPOSED] ORDER**

685699.1

Approved as to form:

Kamala D. Harris
Attorney General of California
Molly K. Mosley
Supervising Deputy Attorney General

*/s/ Jill Bowers*
Jill Bowers
Deputy Attorney General
*Attorneys for Defendants Marty Morgenstern, Pam Harris, Jack Budmark, Talbott Smith, Kathy Dunne, and Sarah Reece*