**BOUTIN JONES INC.**
Robert R. Rubin (SBN 117428)
brubin@boutinjones.com
Michael E. Chase (SBN 214506)
mchase@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Tel.: (916) 321-4444
Fax: (916) 441-7597

**RAPPORT AND MARSTON**
David J. Rapport (SBN 054384)
drapport@pacbell.net
405 West Perkins Street
Post Office Box 488
Ukiah, CA 95482
Tel.: (707) 462-6846

Attorneys for plaintiffs Blue Lake Rancheria, Blue Lake Rancheria Economic Development Corp. and Mainstay Business Solutions

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE LAKE RANCHERIA, a federally-recognized Indian Tribe; BLUE LAKE RANCHERIA ECONOMIC DEVELOPMENT CORPORATION, a federally-chartered tribal corporation; and MAINSTAY BUSINESS SOLUTIONS, a federally-authorized division of Blue Lake Rancheria Economic Development Corporation,<br><br>　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>DAVID LANIER, in his official capacity as Secretary of the California Labor and Workforce Development Agency; PATRICK W. HENNING. JR., in his official capacity as Director of the Employment Development Department of the State of California ("EDD"); PAM HARRIS, individually and in her official capacity as Chief Deputy Director of the EDD; JACK BUDMARK, individually and in his official capacity as a Deputy Director of the Tax Branch of the EDD; TALBOTT SMITH, individually and in his official capacity as a Deputy Director of the Unemployment Branch of the EDD; KATHY DUNNE, individually and in her official capacity as a Senior Tax Compliance Representative of EDD; SARAH REECE, individually and in her official capacity as an Authorized Representative of the EDD, | **Case No.: 2:11-cv-01124-JAM-JFM**<br><br>**JUDGMENT IN FAVOR OF BLUE LAKE RANCHERIA** |

-1-
[PROPOSED] JUDGMENT IN FAVOR OF BLUE LAKE RANCHERIA

705537.3

|  |  |
|---|---|
| Defendants. | ) ) ) ) ) ) ) ) ) |
| UNITED STATES, | |
| Intervenor. | |

JUDGMENT IS HEREBY ENTERED AS FOLLOWS:

It is DECLARED that the sovereign immunity of the Blue Lake Rancheria ("Tribe") bars Defendants' collection actions against the Tribe to enforce the unemployment compensation obligations arising from the operations of Mainstay Business Solutions, which collection actions unlawfully encumbered tribal lands and other tribal assets, both on and off reservation, without consent of the Tribe.

Defendants, including any of their officers, subordinates, agents and employees, and all persons acting under, for or in concert with them, are PERMANENTLY ENJOINED and shall refrain from all collection activities against the Tribe, including without limitation (a) issuing any levies on the Tribe's assets, (b) placing any liens on the Tribe's assets, and (c) issuing any subpoenas, including, but not limited to, subpoenas directed to third-parties, seeking information concerning the Tribe's assets, and filing any administrative or judicial proceedings naming as adverse parties the Tribe or its officers or employees in their official capacities, to enforce the unemployment compensation obligations arising out of the operation of Mainstay Business Solutions under EDD Employer Account No. 935-0616-0.

There being no just reason for delay, this judgment shall be final pursuant to Federal Rule of Civil Procedure 54(b).

Dated:   5/26/2015                                                      /s/ John A. Mendez
                                                                        The Honorable John A. Mendez
                                                                        UNITED STATES DISTRICT JUDGE

1

2   **Approved as to form:**

3
    Kamala D. Harris
4   Attorney General of California
    Molly K. Mosley
5   Supervising Deputy Attorney General

6   By: /s/_____
            Jill Bowers
7           Deputy Attorney General

8
    *Attorneys for Defendants David Lanier,*
9   *Patrick W. Henning. Jr., Pam Harris,*
    *Jack Budmark, Talbott Smith,*
10  *Kathy Dunne and Sarah Reece*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
**[PROPOSED] JUDGMENT IN FAVOR OF BLUE LAKE RANCHERIA**
705537.3