**BOUTIN JONES INC.**
Robert R. Rubin, SBN 117428
Michael E. Chase, SBN 214506
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Tel.: (916) 321-4444
Fax: (916) 441-7597

**RAPPORT AND MARSTON**
David J. Rapport, SBN 054384
405 West Perkins Street
Ukiah, CA 95482
(707) 462-6846

Attorneys for plaintiffs Blue Lake Rancheria, Blue Lake Rancheria Economic Development Corp. and Mainstay Business Solutions

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA, a federally recognized Indian Tribe, et al.,<br><br>Plaintiffs,<br>vs.<br><br>DAVID LANIER, individually and in his capacity as Secretary of the California Labor and Workforce Development Agency, et al.,<br><br>Defendants. | CASE NO. **2:11-cv-01124-JAM-JFM**<br><br>**STIPULATION AND ORDER MODIFYING AMENDED STATUS (PRETRIAL SCHEDULING) ORDER PENDING APPEAL** |
| UNITED STATES,<br><br>Intervenor. | |

Plaintiffs Blue Lake Rancheria Economic Development Corporation ("BLREDC") and Mainstay Business Solutions ("MBS"); defendants David Lanier, Patrick Henning, Jr., Pam Harris, Jack Budmark, Talbott Smith, Kathy Dunne, and Sarah Reece; and intervenor United States, collectively, "the parties," stipulate as follows:

1. The Complaint was filed on April 26, 2011.

1
STIPULATION AND [PROPOSED] ORDER MODIFYING AMENDED STATUS (PRETRIAL SCHEDULING) ORDER PENDING APPEAL
737514.1

2. On January 5, 2015, the Court entered in this case an Amended Status (Pretrial Scheduling) Order ("Scheduling Order"). The Scheduling Order, among other things, provided that all dispositive motions shall be filed by January 13, 2016; that the final pre-trial conference shall be held on April 1, 2016; and that the trial shall commence on May 23, 2016.

3. On May 26, 2015, the Court entered Judgment in favor of Blue Lake Rancheria ("BLR").

4. On June 26, 2015, Defendants filed a Notice of Appeal from the Judgment in favor of BLR. Briefing has not yet commenced on Defendants' appeal.

5. For purposes of this action only, the parties stipulate that BLREDC and MBS are arms of the BLR tribe within the meaning of federal tribal sovereign immunity doctrine; and for purposes of this action only, BLREDC and MBS were entitled to sovereign immunity to the same extent as BLR is determined to be entitled to sovereign immunity.

6. The parties agree that trial of BLREDC's and MBS's claims against EDD should be postponed until after Defendants' appeal from the judgment for BLR is resolved, because the issues at trial will be substantially similar to those on appeal.

7. The parties agree that the deadline to file dispositive motions, and the dates for final pretrial conference and trial should be vacated. All other dates and deadlines in the Scheduling Order (whether already past or not) should remain the same.

8. The parties agree that they should file a joint status report within fourteen (14) days of the Court of Appeal's issuing its mandate in the current appeal, in which the parties will propose dates for the deadline to file dispositive motions and for final pretrial conference and trial.

9. Discovery should not be re-opened except upon mutual agreement of the parties.

1  IT IS SO AGREED.

2

3  Dated: October 15, 2015                 BOUTIN JONES INC.

4

5                                          By:   /s/  Michael E. Chase
                                                 Michael E. Chase
6                                                Attorneys for plaintiffs

7  Dated: October 15, 2015                 KAMALA D. HARRIS
                                            Attorney General of California
8

9                                          By:   /s/  Jill Bowers
                                                 Jill Bowers
10                                               Attorneys for defendants

11 Dated: October 15, 2015                 CAROLINE D. CIRALOLO
                                            Acting Assistant Attorney General
12

13                                         By:   /s/  W. Carl Hankla
                                                 W. Carl Hankla
14                                               Attorneys for intervenor

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
STIPULATION AND [PROPOSED] ORDER MODIFYING AMENDED STATUS (PRETRIAL SCHEDULING) ORDER PENDING APPEAL

737514.1

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court hereby ORDERS that:

1. The following dates and deadlines, as set forth in the January 5, 2015 Amended Status (Pretrial Scheduling) Order ("Scheduling Order"), are vacated:
   - the trial date of May 23, 2016;
   - the pretrial conference date of April 1, 2016, and;
   - the January 13, 2016 deadline to file dispositive motions.
2. All other dates and deadlines provided in the Scheduling Order (whether already past or not) shall remain the same.
3. The parties shall file a joint status report within fourteen (14) days of the Court of Appeal's issuing its mandate in the defendants' appeal of this Court's Judgment in favor of Blue Lake Rancheria. In their joint status report, the parties shall propose dates for the deadline to file dispositive motions and for final pretrial conference and trial.
4. Discovery shall not be re-opened except upon mutual agreement of the parties

IT IS SO ORDERED.

Dated: 10/15/2015                                   /s/ John A. Mendez
                                                    Hon. John A. Mendez
                                                    United States District Court Judge