XAVIER BECERRA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
T. MICHELLE LAIRD
Supervising Deputy Attorney General
COLIN A. WOOD
Deputy Attorney General
JENNIFER T. HENDERSON
Deputy Attorney General
State Bar Number 206231
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7784
  Fax: (916) 327-2319
  E-mail: Jennifer.Henderson@doj.ca.gov
*Attorneys for Defendants David Lanier, Patrick Henning, Jr., Pam Harris, Jack Budmark, Talbott Smith, Kathy Dunne, Sarah Reece and California Employment Development Department*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA, a federally-recognized Indian Tribe; et al., <br><br> Plaintiffs, <br><br> v. <br><br> **DAVID LANIER, in his official capacity as Secretary of the California Labor and Workforce Development Agency, et al.,** <br><br> Defendants. | Case No. 2:11-CV-01124-JAM-KJN <br><br> **ORDER SEALING PREVIOUSLY-FILED DOCUMENTS AND GRANTING LEAVE TO FILE REDACTED DOCUMENTS** <br><br> Judge: Hon. John A. Mendez <br> Action Filed: April 26, 2011 |
| **UNITED STATES OF AMERICA,** <br><br> Intervenor. | |

1

**ORDER**

Defendants David Lanier, Patrick Henning, Jr., Pam Harris, Jack Budmark, Talbott Smith, Kathy Dunne, and Sarah Reece's (Defendants) Request to Seal Previously-Filed Documents and for Leave to File Redacted Documents was presented to the Court. Pursuant to Local Rule 141, Federal Rule of Civil Procedure Rule 5.2, and good cause existing, it is hereby ORDERED:

1. Docket Nos. 92-1, 92-2, and 92-6 are sealed; and
2. Leave is granted for Defendants to file properly-redacted versions of these documents.

DATED: 1-16-2019

THE HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE