ROB BONTA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
COLIN A. WOOD
Deputy Attorney General
JENNIFER HENDERSON
Deputy Attorney General
State Bar Number 206231
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone:  (916) 210-7784
　Fax:  (916) 327-2319
　E-mail:  Jennifer.Henderson@doj.ca.gov
*Attorneys for Defendants David Lanier, Patrick Henning, Jr., Pam Harris, Jack Budmark, Talbott Smith, Kathy Dunne, Sarah Reece and California Employment Development Department*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **BLUE LAKE RANCHERIA, a federally-recognized Indian Tribe; et al.,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**JULIE A. SU, in her official capacity as Secretary of the California Labor and Workforce Development Agency, et al.,**<br><br>　　　　　　　　　　　　Defendants.<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　　　Intervenor. | Case No. 2:11-CV-01124-JAM-KJN<br><br>**STIPULATION REGARDING DISPOSITION OF FUNDS ON DEPOSIT; NON-OBJECTION BY INTERVENOR UNITED STATES OF AMERICA; ORDER**<br><br>Judge:　　Hon. John A. Mendez<br>Action Filed:  April 26, 2011 |

　　　Plaintiffs Blue Lake Rancheria, a federally recognized Indian tribe, Blue Lake Rancheria Economic Development Corporation, and Mainstay Business Solutions (collectively, Plaintiffs)

1

and Defendants Julie A. Su,[1] as successor to David Lanier, sued in his official capacity as Secretary of the Labor and Workforce Development Agency, Rita Saenz, as successor to Patrick W. Henning, Jr., sued in his official capacity as Director of the Employment Development Department, Pam Harris, Jack Budmark, Talbott Smith, Kathy Dunne, and Sarah Recce (collectively, Defendants or EDD) hereby stipulate and request as follows:

1. On August 11, 2011, this Court ordered Defendants to deposit monies with the Court to satisfy a bond requirement. (ECF No. 40.) These monies were collected from Plaintiff Mainstay Business Solutions by EDD in the service of levies that were the basis of the dispute between Plaintiffs and Defendants. On August 25, 2011, Defendants deposited the money as ordered, in the amount of $537,284.67. It remains on deposit with the Court.

2. On August 24, 2012, the United States of America filed a Motion to Intervene as Defendant-Claimant. (ECF No. 55.) In its Motion to Intervene, the United States "concede[d] that the state's tax lien on the Funds is superior to the federal tax lien, provided that the state's pre-suit levies were valid. See proposed United States' Answer and Claim filed herewith. Thus, if the plaintiffs prevail on their cause of action against the defendants, the Funds should go to the United States. Otherwise, the Funds should go back to EDD." The Court granted the United States's motion on October 1, 2012 (ECF No. 61), and the United States filed an answer in this matter on October 2, 2012 (ECF No. 62).

3. Plaintiffs and Defendants reached a settlement of this matter that was fully executed on April 15, 2021.

4. Pursuant to the terms of that settlement, Plaintiffs and Defendants jointly stipulate and request that the Court release back to EDD all monies placed on deposit with the Court by EDD pursuant to the Court's August 25, 2011 Order with accrued interest, if any.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Julie A. Su is substituted as a party in place of former Secretary David Lanier, and Director Rita Saenz is substituted as a party in place of former director Patrick Hemming, Jr.

Defendant-Intervenor United States of America does not object to the monies on deposit with the Court being returned to EDD.

Dated: June 5, 2021                              BOUTIN JONES INC.

                                                 /s/ Michael E. Chase (as authorized on 6/5/21)
                                                 By:_____
                                                     MICHAEL E. CHASE
                                                     Attorneys for Plaintiffs

Dated: June 7, 2021                              ROB BONTA
                                                 Attorney General of California
                                                 SARA J. DRAKE
                                                 Senior Assistant Attorney General
                                                 WILLIAM P. TORNGREN
                                                 Supervising Deputy Attorney General
                                                 COLIN WOOD
                                                 Deputy Attorney General


                                                 By:   /s/ Jennifer T. Henderson
                                                       JENNIFER T. HENDERSON
                                                       Attorneys for Defendants


Dated: June 4, 2021                              U.S. Department of Justice

                                                 /s/ Y. Jeannette Tran (as authorized on 6/4/21)
                                                 By:_____
                                                     Y. JEANNETTE TRAN
                                                     Attorneys for Defendant-Intervenor
                                                     United States of America


**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED. THE CLERK IS DIRECTED TO RETURN THE FUNDS ON DEPOSIT AND ACCRUED INTEREST, IF ANY, TO THE CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT.**

Dated:  June 8, 2021                             /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE